**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| BENJAMIN J. JOSLUN, | ) | Case No.: 18-06985 |
| | ) | |
| Debtor. | ) | Hon. Judge GOLDGAR |

**NOTICE OF MOTION**

*To the following persons or entities who were served via email by the Bankruptcy Court*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: stearns_g@lisle13.com

*To the following persons or entities who were served via first-class U.S. Mail:*
See attached service list.

   Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at **Park City Branch Court, 301 S. Greenleaf Avenue, Park City, Illinois 60085**, and in the following courtroom (or any other place posted), and present the attached **Motion to Extend Time to File a Claim on Behalf of Creditor**, at which time and place you may appear.

   JUDGE: GOLDGAR
   ROOM: Courtroom B
   DATE: June 14, 2019
   TIME: 9:30 AM

PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before May 7, 2019, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  May 7, 2019             /s/ Robert C. Bansfield Jr.
                                          Robert C. Bansfield Jr. ARDC #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Benjamin J. Joslun
118 Thompson Avenue
Winthrop Harbor, IL 60096

Avant
222 N. LaSalle St., Suite 170
Chicago, IL 60601

IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Verizon by American
InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Midland Funding, LLC
Midland Credit Management, Inc.
as agent for Midland Funding, LLC
P.O. Box 2011
Warren, MI 48090

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794-9035

Lawrence Haverty III, President
TimePayment Corp.
1600 District Avenue, Suite 200
Burlington, MA 01803

Illinois Corporation Service Co.
Registered Agent for TimePayment Corp.
801 Adlai Stevenson Drive
Springfield, IL 62703

Mechanic's Bank
P.O. Box 25385
Santa Ana, CA 92799

One Main
P.O. Box 3251
Evansville, IN 47731-3251

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| BENJAMIN J. JOSLUN, | ) | Case No.: 18-06985 |
| | ) | |
| Debtor. | ) | Hon. Judge GOLDGAR |

**MOTION TO EXTEND TIME FOR DEBTOR
TO FILE CLAIM ON BEHALF OF CREDITOR**

NOW COMES the Debtor, BENJAMIN J. JOSLUN, by and through his attorneys, DAVID M. SIEGEL & ASSOC., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) On February 21, 2018, Debtor filed a voluntary petition for relief pursuant to Chapter 13 of Title 11 USC and Glenn Stearns was appointed Trustee in the case.

3) The Plan was confirmed on August July 13, 2018, with payments of $535.00, per month and general unsecured creditors receiving no less than 10% of allowed claims.

4) The claims bar date for non-governmental creditors under FRBP 3002(c) was on May 21, 2018.

5) Through an inadvertent error, debt owed to TimePayment Corporation was not listed in the original filing. Debtor's counsel sent notice to TimePayment Corporation on May 10, 2018, 11 days before the claims bar date.

6) Debtor requests Claim 9 (Exhibit A) be allowed despite it being filed after the bar date.

7) Debtor seek to modify their plan under § 1329 so that Claim 9 in the amount of $2,552.50, is paid despite the expiration of the time for filing claims.

8) The proposed modification of the Plan and payment on this general unsecured claim will not render the Chapter 13 Plan unfeasible, and will not impair the rights of creditors.

WHEREFORE, the Debtor, BENJAMIN J. JOSLUN, prays that this Court enter an Order to Granting Debtor's Motion to Extend Time for Debtor to File Claim on Behalf of Creditor, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor