Fill in this information to identify the case:

Debtor 1    BENJAMIN J. JOSLUN

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number   18-06985

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

TimePayment Corp.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

TimePayment Corp.
Name

1600 District Avenue, Suite 200
Number   Street

Burlington    MA    01803
City    State    ZIP Code

Contact phone 877-868-3800

Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____

Number   Street _____

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __4__ __9__ __0__ __2__

**7. How much is the claim?**   $_____2,552.50_. Does this amount include interest or other charges?

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____
**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No ☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   04/04/2019
                   MM / DD / YYYY

Signature _____

Print the name of the person who is completing and signing this claim:

Name          Michael            R              Colter, II
              First name         Middle name    Last name

Title         Associate Attorney

Company       David M. Siegel & Associates, LLC
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address       790 Chaddick Drive
              Number      Street
              Wheeling                          IL         60090
              City                              State      ZIP Code

Contact phone  847-520-8100                     Email

**TimePayment Corp.**
1600 District Ave, Suite 200
Burlington, MA 01803

TimePayment
1600 District Ave, Suite 200, Burlington, MA 01803
Customer Service hours are Mon. - Fri. 9 am - 8 pm E.S.T
Tel: 877-868-3800

**STATEMENT**

Your account continues to be SERIOUSLY  600
PAST DUE. To avoid further collection
effort and expense, please remit
immediately the full balance due. If
your payment has crossed this statement
in the mail, please accept our
apologies.

BENJAMIN JOSLUN
118 THOMPSON AVE
WINTHROP HARBOR    IL   60096

**PLEASE SHOW THIS ACCOUNT NUMBER ON THE FACE OF YOUR CHECK**

███4902

| Payment Due Date | Type of Transaction | Amount |
|---|---|---|
| | If You Have Any Needs Relating To Your Equipment, Please Call TRANSMISSION DEPOT INC   (727) 868-9462 | |
| | Previous Balance Outstanding | $2,552.50 |

Statement printed on: 01/09/19         Total Amount Due:   2,552.50

NOTE: A late charge will be assessed on Past Due payments. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**PLEASE DETACH AND RETURN THE LOWER SECTION WITH YOUR PAYMENT**

BENJAMIN JOSLUN
118 THOMPSON AVE
WINTHROP HARBOR    IL   60096

Account:  ███4902
Total Amount Due:  2,552.50

Send payment to:    **TimePayment Corp.**

Amount Enclosed: $ _____

Please Note Change of Address or Phone Number:
☐ Business          ☐ Home

*018881969695*
TimePayment Corp
PO BOX 3069
WOBURN          MA   018881969

Manage your account online: myaccount.timepayment.com
MAKE CHECKS PAYABLE TO TIMEPAYMENT CORP.

☐ Please send me information on your automatic payment plans. For your convenience, you can have payments automatically charged to your VISA, Mastercard, Discover or American Express Card or automatically debited from your Checking Account.