UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>BENJAMIN J. JOSLUN,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-06985<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

*The motion is granted. Debtor is allowed to file a late claim on behalf of Time Payment Corp.*

1. ~~Claim #9 (TimePayment Corp.) is allowed, and shall be paid pursuant to the provisions of the Chapter 13 plan.~~

Dated: 14 JUN 2019

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
Michael R. Colter, II, A.R.D.C. 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100